IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MELVIN KERCHEE, JR., and | ) | |
| DEBORAH SEQUICHIE-KERCHEE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. CIV-11-459-C |
| | ) | |
| JUDGE MARK SMITH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

O R D E R

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Robert E. Bacharach on May 13, 2011, recommending that the Court deny Plaintiffs' four motions for leave to proceed in forma pampers and their four motions for leave to pay the filing fee in installments. However, on May 23, 2011, Plaintiffs paid the full amount of the filing fee, and on May 25, 2011, Judge Bacharach filed an Order/Report and Recommendation ordering the vacation of the prior Report and Recommendation and recommending dismissal of the requests for leave to proceed in forma pampers and payment schedule.

Accordingly, the Report and Recommendation (Dkt. no. 19) of the Magistrate Judge is adopted and because the filing fee has now been paid, the case is once again committed to the Magistrate Judge under the initial Order of Referral.

IT IS SO ORDERED this 14th day of June, 2011.

ROBIN J. CAUTHRON
United States District Judge