IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MELVIN KERCHEE, JR., and <br> DEBORAH SEQUICHIE-KERCHEE, <br><br> Plaintiffs, <br><br> vs. <br><br> JUDGE MARK SMITH, et al., <br><br> Defendants. | No. CIV-11-459-C |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Robert E. Bacharach on September 30, 2011. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 87) is adopted and Plaintiffs' motion for a temporary restraining order and preliminary injunction (Dkt. No. 67) is denied.

IT IS SO ORDERED this 28th day of October, 2011.

ROBIN J. CAUTHRON
United States District Judge