IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MELVIN KERCHEE, JR., and <br> DEBORAH SEQUICHIE-KERCHEE, <br><br> Plaintiffs, <br><br> vs. <br><br> JUDGE MARK SMITH, et al., <br><br> Defendants. | No. CIV-11-459-C |

## O R D E R

On August 3, 2011, Defendant Scott Adams filed a Special Appearance and Motion to Quash Service of Process (Dkt No. 44), to which Plaintiff responded on August 19, 2011. On September 16, 2011, Judge Robert E. Bacharach entered a Report and Recommendation; however, Defendant Adams has since waived service.

The Court declines to adopt the Report and Recommendation (Dkt. No. 72), as the matter is now MOOT.

IT IS SO ORDERED this 2nd day of November, 2011.

ROBIN J. CAUTHRON
United States District Judge