IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

MELVIN KERCHEE, JR., and )
DEBORAH SEQUICHIE-KERCHEE, )
                                       )
               Plaintiffs, )
                                       )
vs. )               No. CIV-11-459-C
                                       )
JUDGE MARK SMITH, et al., )
                                       )
               Defendants. )

ORDER ADOPTING REPORT AND RECOMMENDATION

       This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Robert E. Bacharach consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Bacharach entered two Reports and Recommendations on October 24, 2011, and one on October 26, 2011, to which Plaintiff has timely objected. The Court therefore considers the matter de novo.

       The facts and relevant law are set out in full in the accurate and well-reasoned opinions of the Magistrate Judge and no point would be served in repeating that analysis. There is nothing asserted by Plaintiff which was not fully considered and correctly rejected by the Magistrate Judge, and no argument of fact or law is set forth in the objection which would require a different result.

       Accordingly, the Court adopts, in their entirety, the Reports and Recommendations of the Magistrate Judge (Dkt Nos. 11, 112 & 114), and for the reasons announced therein,

the Motions to Dismiss of Defendants John Morris Williams (Dkt; No. 78), Loraine Farabow (Dkt. No. 37), and the Oklahoma Bar Association (Dkt. No. 38) are granted. As no amendment can cure the defects, these dismissals act as adjudications on the merits, and a judgment will enter at the conclusion of the case. This case is once again committed to the Magistrate Judge under the initial Order of Referral.

    IT IS SO ORDERED this 21st day of November, 2011.

_____
ROBIN J. CAUTHRON
United States District Judge