IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MELVIN KERCHEE, JR., and | ) | |
| DEBORAH SEQUICHIE-KERCHEE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. CIV-11-459-C |
| | ) | |
| JUDGE MARK SMITH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Robert E. Bacharach consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Bacharach entered a Report and Recommendation on November 17, 2011, to which Plaintiff has timely objected. The Court therefore considers the matter de novo.

Plaintiff's only objection is that he has not been permitted to conduct discovery in order to identify the unidentified employees of the Oklahoma Bar Association described in his Complaint. However, as the Court has found in other orders, these Defendants owe Plaintiff no duty, and even if they were identified and served, the Complaint against them would be dismissed.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, dismisses the claims against the unidentified employees of the Oklahoma Bar Association. The case is recommitted to the Magistrate Judge under the original Order of Referral.

IT IS SO ORDERED this 7th day of December, 2011.

ROBIN J. CAUTHRON
United States District Judge