IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MELVIN KERCHEE, JR., and ) <br> DEBORAH SEQUICHIE-KERCHEE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> JUDGE MARK SMITH, et al., ) <br> ) <br> Defendants. ) | No. CIV-11-459-C |

ORDER ADOPTING REPORT AND RECOMMENDATION

Magistrate Judge Bacharach has issued a Report and Recommendation, recommending denial of "Plaintiff's Motion for the Court to Intervene, Stop, Prohibit Any More Retaliation, Confiscation of Legal Work and Material, Harassment, Transfer, Retalitory [sic] Transfer until Plaintiff's [sic] Can Submit to this Court Their Preliminary Injunction and TRO" (Dkt. No. 3). The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Further, Plaintiff's motion for preliminary injunction has been filed and denied (Dkt Nos. 67, 87 & 116). Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the "Plaintiff's Motion for the Court to Intervene, Stop, Prohibit Any More Retaliation, Confiscation of Legal Work and Material, Harassment, Transfer, Retalitory

[sic] Transfer until Plaintiff's [sic] Can Submit to this Court Their Preliminary Injunction and TRO" is denied.  This matter is recommitted to the Magistrate Judge under the original Order of Referral.

    IT IS SO ORDERED this 15th day of December, 2011.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge